UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JONATHAN SUERO,

                            Petitioner,                        19 **CIVIL** 3752 (ER)(SDA)

        -against-                                              **JUDGMENT**

SUPERINTENDENT JOSEPH NOETH,
                            Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2020, the Court has reviewed Magistrate Judge Aaron's R&R and finds no clear error. Magistrate Judge Aaron's recommendations is adopted in its entirety. Suero's petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          July 13, 2020

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                        **BY:**

                                                          **Deputy Clerk**